UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RHENETTA BELCHER, et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>AMBER BALTZLEY, et al,,<br><br>Defendant(s). | Case No. 2:17-CV-1675 JCM (NJK)<br><br>ORDER |

Presently before the court is Magistrate Judge Koppe's report and recommendation ("R&R"). (ECF No. 7). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

Magistrate Judge Koppe's R&R recommends that the court deny the applications to proceed *in forma pauperis* submitted by plaintiffs Rudd, Tolentino, and Santos. (ECF No. 7). The R&R further recommends that the court dismiss plaintiffs Rudd, Tolentino, and Santos from the action because "Plaintiffs were not properly joined under [Rule] 20."[1] *Id.*

Plaintiffs have not objected to the report and recommendation. Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge. Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Koppe's report and recommendation (ECF No. 7) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that plaintiff Rudd's application to proceed *in forma pauperis* (ECF No. 3) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that plaintiff Tolentino's application to proceed *in forma pauperis* (ECF No. 4) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that plaintiff Santos's application to proceed *in forma pauperis* (ECF No. 5) be, and the same hereby is, DENIED.

IT IS FURTHER ORDERED that all claims brought by plaintiffs Rudd, Tolentino, and Santos be, and the same hereby are, DISMISSED WITHOUT PREJUDICE.

The clerk shall remove plaintiffs Rudd, Tolentino, and Santos from the instant action.

DATED February 2, 2018.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The R&R holds in the alternative that plaintiffs, who represent themselves *pro se*, did not properly bring their claims as a class action suit. (ECF No. 7).

**James C. Mahan**
**U.S. District Judge**

- 2 -